# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

THE ESTATE OF DORIS L. BRANTLEY, BY AND THROUGH SHANNON R. BRANTLEY, PERSONAL REPRESENTATIVE,

APPELLANT,

V.

CLEAR WATER CARE ACQUISITION, LLC; CW CARE HOLDINGS, LLC; CITADEL CARE GROUP, LLC; LEOPOLD FRIEDMAN; 2055 PALMETTO REALTY, LLC; MELANIE WILSON; AND DESTENY OLIVER (AS TO KENSINGTON GARDENS REHABILITATION AND NURSING CENTER),

APPELLEES.

NO. 2D2023-2228

———————————————

August 14, 2024

Appeal from the Circuit Court for Pinellas County; Amy M. Williams, Judge.

Lisa M. Tanaka of Wilkes & Associates, P.A., Tampa, for Appellant.

David O. Doyle, Jr. and Bethany w. Nduka of Pearson Doyle Mohre & Pastis LLP, Maitland, for Appellees.


PER CURIAM.

    Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.